FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 03, 2015

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UMIALIK INSURANCE COMPANY; PAUL SIMMS and VANESSA DUQUETTE-SIMS, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>Defendant. | No.   2:14-CV-0361-SMJ<br><br>**ORDER DISMISSING CASE** |

On October 9, 2015, the parties filed a stipulated dismissal, ECF No. 18. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulated Dismissal, **ECF No. 18**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT.**

    **4.**    All hearings and other deadlines are **STRICKEN.**

    **5.**    The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 3rd day of November 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Case 2:14-cv-00361-SMJ   Document 19   Filed 11/03/15

Q:\SMJ\Civil\2014\Umialik Insurance Company et al v Electrolux Home Products, Inc -0361\stip dismiss lc2 docx

ORDER **-** 2